STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10483   AND FILED ON   11/20/2007

ANNE TERMINI

Vs.

ROBERT J. ROELLE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 12/3/2007 at 3:21PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ROBERT J. ROELLE, INDIVIDUALLY                    (herein called recipient)
At Location: KATONAH-LEWISBORO SCHOOL DISTRICT                  therein named.
             ONE SHADY LANE
             SOUTH SALEM NY

By delivering to and leaving with SARA LYNCH, DISTRICT CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 12/4/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLOND
Age: 50/55    Height: 5'2"-5'4"    Weight: 130
Other Features: GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 12/4/2007

GAIL WILLIAMS
Notary

Gary Williams
Server's License#: 2010

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV 10483   AND FILED ON   11/20/2007

ANNE TERMINI

Vs.

ROBERT J. ROELLE, ET AL

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS
)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 12:13PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: RAYMOND SANCHEZ, INDIVIDUALLY
At Location: OSSINING UNION FREE SCHOOL DISTRICT
190 CROTON AVENUE
OSSINING NY

(herein called recipient) therein named.

By delivering to and leaving with KATHY BEIRN, DISTRICT CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 11/29/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
| Age | 55/60 | Height | 5'4" | Weight | 140 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 11/29/2007

GAIL WILLIAMS
Notary Public, State of New York
Qualified in ...
Commission ... 2010

Gary Williams
Server's License#:

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10483    AND FILED ON    11/20/2007

ANNE TERMINI     Plaintiff(s)/Petitioner(s)

Vs.

ROBERT J. ROELLE, ET AL     Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) ss
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 12:13PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ZOILA TAZI, INDIVIDUALLY     (herein called recipient) therein named.
At Location: OSSINING UNION FREE SCHOOL DISTRICT
190 CROTON AVENUE
OSSINING NY

By delivering to and leaving with KATHY BEIRN, DISTRICT CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 11/29/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin WH   Color of Hair BLOND
Age 55/60   Height 5'4"   Weight 140
Other Features _____

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 11/29/2007

GAIL WILLIAMS
Notary Public, State of New York
No. _____
Qualified in Westchester County
Commission Expires _____ 2010

Gary Williams
Server's License#:

STATE OF NEW YORK              UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10483        AND FILED ON        11/20/2007

ANNE TERMINI

Vs.                                                                   Plaintiff(s)/Petitioner(s)

ROBERT J. ROELLE, ET AL

Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/29/2007__ at __12:13PM__, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

At Location: BOARD OF EDUCATION OF THE OSSINING UNION FREE       (herein called recipient)
             SCHOOL DISTRICT                                       therein named.
             190 CROTON AVENUE
             OSSINING NY

By delivering to and leaving with __KATHY BEIRN__ and that deponent knew the person so served to be the __DISTRICT CLERK__ of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex| FM           Color of Skin| WH        Color of Hair| BLOND
Age| 55/60                     Height| 5'4"
Weight| 140                    Other Features| GLASSES

Sworn to before me on __11/29/2007__

_Gail Williams_ (signature)                    _Gary Williams_ (signature)
                                               Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4657053
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10483    AND FILED ON    11/20/2007

ANNE TERMINI

Vs.

ROBERT J. ROELLE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/29/2007__ at __12:13PM__, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
OSSINING UNION FREE SCHOOL DISTRICT (herein called recipient) therein named.

At Location: 190 CROTON AVENUE
OSSINING NY

By delivering to and leaving with KATHY BEIRN and that deponent knew the person so served to be the DISTRICT CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLOND
Age: 55/60    Height: 5'4"
Weight: 140    Other Features:

Sworn to before me on __11/29/2007__

Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. _____
Qualified in Westchester County
Commission Expires _____ 30, 2010