STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10483    AND FILED ON    11/20/2007

ANNE TERMINI                                                         Plaintiff(s)/Petitioner(s)

Vs.

ROBERT J. ROELLE, ET AL                                              Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                       SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __12/3/2007__ at __3:21PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ROBERT J. ROELLE, INDIVIDUALLY                          (herein called recipient)
At Location: KATONAH-LEWISBORO SCHOOL DISTRICT                         therein named.
             ONE SHADY LANE
             SOUTH SALEM NY

By delivering to and leaving with __SARA LYNCH, DISTRICT CLERK__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On __12/4/07__, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
|---|---|---|---|---|---|
| Age | 50/55 | Height | 5'2"-5'4" | Weight | 130 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __12/4/2007__

_Gail Williams_
GAIL WILLIAMS
Notary ...

2010

_Gary Williams_
Gary Williams
Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10483    AND FILED ON    11/20/2007

ANNE TERMINI

Vs.    Plaintiff(s)/Petitioner(s)

ROBERT J. ROELLE, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS
)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 12:13PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: RAYMOND SANCHEZ, INDIVIDUALLY    (herein called recipient)
At Location: OSSINING UNION FREE SCHOOL DISTRICT    therein named.
190 CROTON AVENUE
OSSINING NY

By delivering to and leaving with KATHY BEIRN, DISTRICT CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 11/29/07, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
| Age | 55/60 | Height | 5'4" | Weight | 140 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 11/29/2007

GAIL WILLIAMS
Notary Public, State of New York
Qualified in ...
Commission ... 2010

Gary Williams
Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10483      AND FILED ON      11/20/2007

ANNE TERMINI                                                    Plaintiff(s)/Petitioner(s)

Vs.

ROBERT J. ROELLE, ET AL                                         Defendant(s)/Respondent(s)

STATE OF: NEW YORK                      )
                                        ) SS
COUNTY OF WESTCHESTER                   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 12:13PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:   ZOILA TAZI, INDIVIDUALLY                        (herein called recipient)
At Location:    OSSINING UNION FREE SCHOOL DISTRICT             therein named.
                190 CROTON AVENUE
                OSSINING NY

By delivering to and leaving with KATHY BEIRN, DISTRICT CLERK _____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 11/29/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   FM    Color of Skin   WH    Color of Hair   BLOND
Age   55/60  Height   5'4"   Weight   140
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 11/29/2007

GAIL WILLIAMS
Notary Public, State of New York
No. _____
Qualified in Westchester County
Commission Expires _____ 30 2010

Gary Williams
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV 10483   AND FILED ON   11/20/2007

ANNE TERMINI

Vs.

ROBERT J. ROELLE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
COUNTY OF WESTCHESTER   ) SS
   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/29/2007__ at __12:13PM__, deponent did serve the within process as follows:

Process Served:

Party Served:   SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

At Location:   BOARD OF EDUCATION OF THE OSSINING UNION FREE   (herein called recipient) therein named.
SCHOOL DISTRICT
190 CROTON AVENUE
OSSINING NY

By delivering to and leaving with __KATHY BEIRN__ and that deponent knew the person

so served to be the   DISTRICT CLERK

of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex | FM       Color of Skin | WH       Color of Hair | BLOND
Age | 55/60    Height | 5'4"
Weight | 140              Other Features | GLASSES

Sworn to before me on __11/29/2007__

_Gail Williams_ (signature)

_Gary Williams_ (signature)
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4657053
Qualified in Westchester County
Commission Expires September 30, 2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10483    AND FILED ON    11/20/2007

ANNE TERMINI    Plaintiff(s)/Petitioner(s)

Vs.

ROBERT J. ROELLE, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 12:13PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
              OSSINING UNION FREE SCHOOL DISTRICT    (herein called recipient) therein named.
At Location: 190 CROTON AVENUE
             OSSINING NY

By delivering to and leaving with KATHY BEIRN and that deponent knew the person so served to be the DISTRICT CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLOND
Age: 55/60    Height: 5'4"
Weight: 140    Other Features:

Sworn to before me on 11/29/2007

_Gail Williams_    _Gary Williams_
                    Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 46xxxxx
Qualified in Westchester County
Commission Expires September 30, 2010