

**TRAUB LIEBERMAN**
**STRAUS & SHREWSBERRY** LLP
NEW YORK | NEW JERSEY | FLORIDA

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Telephone (914) 347-2600
Facsimile (914) 347-8898
www.traublieberman.com

December 6, 2007

**VIA FACSIMILE**

Hon. Charles L. Brieant
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

*[handwritten memo endorsement: Application Granted & Ordered 12/17/07 Charles L. Brieant USDJ]*

Re: *Termini v. Ossining Union Free School District, et al.*
Civil Action No. 07cv10483 (CLB)

Hon. Judge Brieant:

We represent the defendants in the captioned matter.

Please allow this to serve as a request, upon consent of counsel for the plaintiff, for an extension of time to January 18, 2007 to answer, move or otherwise appear in this action. This is our first request for such an extension, and we make the request for the purpose of undertaking the necessary investigation and analysis prior to responding to the complaint.

We thank your Honor for consideration of this matter.

Respectfully submitted,

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

Daniel G. Ecker

SO ORDERED:

Charles R. Brieant, U.S.D.J.