UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANNE TERMINI,

                Plaintiff,

-against-

ROBERT J. ROELLE, individually, RAYMOND SANCHEZ, individually, ZOLIA TAZI, individually, BOARD OF EDUCATION OF THE OSSINING UNION FREE SCHOOL DISTRICT, and OSSINING UNION FREE SCHOOL DISTRICT,

                Defendants.

**Index No. 07-CV-10483 (CJB)**

**NOTICE OF MOTION**

---

**PLEASE TAKE NOTICE** that upon the Declaration of Beth J. Hoffman, dated January 18, 2006, the exhibits annexed thereto, the accompanying memorandum of law and the prior pleadings and proceedings herein, defendants Robert J. Roelle, Raymond Sanchez, Zoila Tazi, the Board of Education of the Ossining Union Free School District and Ossining Union Free School District will move this court on February 22, 2008, at 10:00 a.m., before the Honorable Charles L. Brieant at the United States Federal Courthouse, 300 Quarropas Street, White Plains, New York, for an order dismissing plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, together with such other relief as this court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that any opposition must be served upon the moving parties no later than February 6, 2008, and any reply shall be served no later than February 15, 2008.

Dated: January 18, 2008
      Hawthorne, New York

                                            TRAUB LIEBERMAN STRAUS &
                                            SHREWSBERRY LLP

                By:    _____
                                            Beth J. Hoffman (BH-9183)
                                            Attorneys for Defendants
                                            *Robert J. Roelle, Raymond Sanchez, Zoila*
                                            *Tazi, the Board of Education of the Ossining*
                                            *Union Free School District and Ossining*
                                            *Union Free School District*
                                            Mid-Westchester Executive Park
                                            Seven Skyline Drive
                                            Hawthorne, New York 10532
                                            (914) 347-2600

To:    Jonathan Lovett, Esq.
         LOVETT & GOULD LLP
         222 Bloomingdale Road
         White Plains, New York   10605
         (914) 428-8401

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANNE TERMINI,

               Plaintiff,

     - against -

ROBERT J. ROELLE, individually, RAYMOND
SANCHEZ, individually, ZOLIA TAZI, individually,
BOARD OF EDUCATION OF THE OSSINING UNION
FREE SCHOOL DISTRICT, and OSSINING UNION FREE
SCHOOL DISTRICT,

               Defendants.
------------------------------------------------------------------X

ECF CASE

Index No. 07-CV-10483
(CJB)

**DECLARATION OF SERVICE**

     I, Beth J. Hoffman, an attorney, declare that on the 18th day of January, 2008, caused to be served the within **Memorandum of Law in Support of Defendants' Motion to Dismiss, Notice of Motion, Declaration of Beth J. Hoffman, and Exhibit annexed thereto**, upon the attorney(s) for the respective party(ies) in this action, at the address listed below, such address designated by said attorney for that purpose via **Electronic Case Filing System** .

TO:    Jonathan Lovett, Esq.
          LOVETT & GOULD LLP
          222 Bloomingdale Road
          White Plains, New York   10605
          (914) 428-8401

_____
Beth J. Hoffman