UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ANNE TERMINI,

                     Plaintiff,

    -against-

ROBERT J. ROELLE, individually,
BOARD OF EDUCATION OF THE
OSSINING UNION FREE SCHOOL
DISTRICT, and OSSINING UNION
FREE SCHOOL DISTRICT,

                     Defendants.
_____

**Index No. 07-CV-10483 (CJB)**

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE, that I, Lisa Shrewsberry, of TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP, counsel for defendants in this action, hereby appear and respectfully request that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: Hawthorne, New York
        February 15, 2008

                                 TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

                                 By:        S/_____
                                          Lisa Shrewsberry (LS1597)
                                        Attorneys for Defendants
                                        Mid-Westchester Executive Park
                                        Seven Skyline Drive
                                        Hawthorne, New York 10532
                                        (914) 347-2600

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF WESTCHESTER     )

Christina Golino, being duly sworn, deposes and says:

That deponent is not a party to the within action and is over 18 years of age.

That on the 15th day of February 2008, deponent served the within **NOTICE OF APPEARANCE FOR LISA L. SHREWSBERRY** upon the attorney(s) for the respective party(ies) in this action, at the address listed below, such address designated by said attorney for that purpose via **Electronic Case Filing System** .

TO:  Jonathan Lovett, Esq.
     Lovett & Gould LLP
     222 Bloomingdale Road
     White Plains, New York 10605

_____
CHRISTINA GOLINO

Sworn to before me this
15th day of February, 2008

_____
Notary Public

**CLAUDINE N. BONCI**
Notary Public, State of New York
No. 01BO5015056
Qualified in Westchester County
Commission Expires July 12, 2011