UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANNE TERMINI,

                        Plaintiff,

-against-

ROBERT J. ROELLE, individually,
BOARD OF EDUCATION OF THE
OSSINING UNION FREE SCHOOL
DISTRICT, and OSSINING UNION
FREE SCHOOL DISTRICT,

                       Defendants.

**Index No. 07-CV-10483 (CJB)**

**NOTICE OF MOTION**

---

**PLEASE TAKE NOTICE** that upon the Declaration of Beth J. Hoffman, dated February 15, 2008, the exhibits annexed thereto, the accompanying memorandum of law and the prior pleadings and proceedings herein, defendants Board of Education of the Ossining Union Free School District and Ossining Union Free School District will move this court on March 28, 2008, at 10:00 a.m., before the Honorable Charles L. Brieant at the United States Federal Courthouse, 300 Quarropas Street, White Plains, New York, for an order dismissing plaintiff's amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, together with such other relief as this court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that any opposition must be served upon the moving parties no later than March 7, 2008, and any reply shall be served no later than March 21, 2008.

Dated: February 15, 2008
      Hawthorne, New York

                            TRAUB LIEBERMAN STRAUS &
                            SHREWSBERRY LLP

By: _____
     Lisa L. Shrewsberry (LS-1597)
     Beth J. Hoffman (BH-9183)
     Attorneys for Defendants
     *Robert J. Roelle, Raymond Sanchez, Zoila Tazi, the Board of Education of the Ossining Union Free School District and Ossining Union Free School District*
     Mid-Westchester Executive Park
     Seven Skyline Drive
     Hawthorne, New York 10532
     (914) 347-2600

To:    Jonathan Lovett, Esq.
        LOVETT & GOULD LLP
        222 Bloomingdale Road
        White Plains, New York   10605
        (914) 428-8401

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF WESTCHESTER       )

Christina Golino, being duly sworn, deposes and says:

That deponent is not a party to the within action and is over 18 years of age.

That on the 15th day of February 2008, deponent served the within **NOTICE OF MOTION AND DECLARATION OF BETH J. HOFFMAN** upon the attorney(s) for the respective party(ies) in this action, at the address listed below, such address designated by said attorney for that purpose via **Electronic Case Filing System**.

TO:   Jonathan Lovett, Esq.
      Lovett & Gould LLP
      222 Bloomingdale Road
      White Plains, New York 10605

                                                    _____
                                                    CHRISTINA GOLINO

Sworn to before me this
15th day of February, 2008

_____
Notary Public

**CLAUDINE N. BONCI**
**Notary Public, State of New York**
**No. 01BO5015056**
**Qualified in Westchester County**
**Commission Expires July 12, 2011**